■ JOLLY CAPLASH, Respondent, v ROCHESTER ORAL & MAXILLOFACIAL SURGERY ASSOCIATES, LLC, et al., Appellants. (Appeal No. 2.) [880 NYS2d 594]—Appeals from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 28, 2008. The order, among other things, granted plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Caplash v Rochester Oral & Maxillofacial Surgery Assoc., LLC* (63 AD3d 1683 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ. [*See* 20 Misc 3d 1104(A), 2008 NY Slip Op 51216(U).]

■ JOLLY CAPLASH, Respondent, v ROCHESTER ORAL & MAXILLOFACIAL SURGERY ASSOCIATES, LLC, Defendant, and MOHAMMED SALAHUDDIN, Appellant. (Appeal No. 3.) [880 NYS2d 594]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 26, 2008. The order, among other things, denied defendant Mohammed Salahuddin's motion for recusal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Caplash v Rochester Oral & Maxillofacial Surgery Assoc., LLC* (63 AD3d 1683 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ. [*See* 20 Misc 3d 1104(A), 2008 NY Slip Op 51216(U).]